# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2258

_____

| | | |
|---|---|---|
| Rudy Stanko, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Ricardo Rios, Local Director/Warden; | * | |
| Harley Lappin, Director; Michael | * | [UNPUBLISHED] |
| Nalley, Regional Director, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 12, 2010
Filed: February 23, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Rudy Stanko appeals the district court's[1] denial of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon de novo review, see Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam), we

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

conclude habeas relief was properly denied.  We affirm the judgment.  <u>See</u> 8th Cir. R. 47B.

_____